<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| US TECH SOLUTIONS, INC. and WORKSPEND, INC., | : : : : : : : : : : | Civil Action No. 17-01107-SDW-LDW |
| Plaintiffs, | | |
| | | **ORDER** |
| v. | | |
| eTEAM, INC. et al., | | March 15, 2017 |
| Defendants. | | |

**WIGENTON**, District Judge.

This matter, having come before this Court on Plaintiffs US Tech Solutions, Inc.'s and Workspend, Inc.'s ("Plaintiffs") Complaint and Motion for a Preliminary Injunction and Temporary Restraining Order against Defendants James Lucier, Jennifer Hewitt, and eTeam, Inc. (collectively, "Defendants"), and this Court, having carefully reviewed and considered the submissions and arguments of the parties, for the reasons stated on the record during oral argument on March 6, 2017,

**IT IS** on this 15th day of March, 2017,

**ORDERED** that this Court's February 27, 2017 Order (Dkt. No. 10) is hereby **VACATED**; and it is further

**ORDERED** that Plaintiffs' request for injunctive relief is **DENIED**; and it is further

**ORDERED** that Defendants shall return to Plaintiffs all materials in Defendants' possession which belong to Plaintiffs, including, but not limited to, USB storage ("thumb drive") devices; and it is further

**ORDERED** that, to the extent necessary, Defendants submit a certification stating that they do not possess any other materials owned by Plaintiffs and/or that Defendants dispute that Plaintiffs have ownership rights over other materials in Defendants' possession.

**SO ORDERED.**

s/ Susan D. Wigenton
**Susan D. Wigenton, U.S.D.J.**

cc:   Leda D. Wettre, U.S.M.J.
      Parties
      Clerk